# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA J. CHAVERS,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>  Defendant. | NO. CV 99-6075 FMO<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Twelve-Thousand, Nine-Hundred dollars and zero cents ($12,900.00), pursuant to 42 U.S.C. § 406(b). In light of the previous payment of EAJA fees, Young Cho and the Law Offices of Lawrence D. Rohlfing shall reimburse plaintiff the amount of Two-Thousand, Seven-Hundred dollars and zero cents ($2,700.00).

Dated this 17th day of July, 2009.

/s/
Fernando M. Olguin
United States Magistrate Judge